Trevor Wayne IRELAND, Appellant

v.

SENIOR HEALTHCARE CONSULTANTS, Appellee.

No. 02–12–00274–CV.

Court of Appeals of Texas, Fort Worth.

Nov. 8, 2012.

Peter F. Bagley, for appellant.

A. Bruce Wilson, Fort Worth, for appellee.

Panel: WALKER, McCOY, and MEIER, JJ.

## MEMORANDUM OPINION [1] AND JUDGMENT

PER CURIAM.

We have considered "Appellant's Unopposed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex.R.App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex.R.App. P. 43.4.

---

1. *See* Tex.R.App. P. 47.4.